

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336



DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:14-CR-232 |
| vs. | VIOLATION: |
| FREDERICK JOHN RIZZOLO, | 26 U.S.C. § 7201 – Attempt to Evade and Defeat the Payment of Tax |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Beginning on or about June 28, 2006, and continuing up to and including May 31, 2011, in the State and Federal District of Nevada, and elsewhere,

**FREDERICK JOHN RIZZOLO,**

defendant herein, did willfully attempt to evade and defeat the payment of the employment tax due and owing by him to the United States of America for the calendar years 2000 through 2002, in the amount of $1,723,340.31, by concealing and attempting to conceal from the

1

Internal Revenue Service the nature and extent of his assets and the location thereof; by making false statements to agents and employees of the Internal Revenue Service; by placing funds and property in the names of nominees; and by placing funds and property beyond the reach of process, all in violation of Title 26, United States Code, Section 7201.

## COUNT TWO

Beginning on or about March 31, 2008, and continuing up to and including May 31, 2011, in the State and Federal District of Nevada, and elsewhere,

**FREDERICK JOHN RIZZOLO**,

defendant herein, did willfully attempt to evade and defeat the payment of the income tax due and owing by him to the United States of America for the calendar year 2006, in the amount of $861,075, by concealing and attempting to conceal from the Internal Revenue Service the nature and extent of his assets and the location thereof; by making false statements to agents and employees of the Internal Revenue Service; by placing funds and property in the names of nominees; and by placing funds and property beyond the reach of process, all in violation of Title 26, United States Code, Section 7201.

**DATED:** this  9  day of July, 2014.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
SARAH E. GRISWOLD
Assistant United States Attorneys