# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FREDERICK JOHN RIZZOLO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:14-cr-00232-GMN-NJK <br><br> ORDER <br><br> (Docket No. 18) |

On August 18, 2014, Defendant Frederick John Rizzolo filed a motion to set aside and/or correct sentence partially. Docket No. 18. Defendant has not been sentenced in the instant case, and the transcript he submitted in support of his motion bears an entirely different case number. Docket No. 18-1, at 1. Therefore, the Court finds that Defendant filed his motion under an incorrect case number.

Accordingly,

Defendant's motion to set aside and/or correct sentence partially in the instant case, Docket No. 18, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: August 18, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge