1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )        Case No. 2:14-cr-00232-GMN-NJK
                                         )
vs.                                      )        ORDER
                                         )
FREDERICK JOHN RIZZOLO,                  )
                                         )        (Docket Nos. 41, 43)
                    Defendant.           )
_____  )

Pending before the Court are Defendant Frederick John Rizzolo's motions to continue motion deadlines, calendar call and trial date, and to designate the instant case as complex.  Docket Nos. 41, 43. The United States filed a response to both motions.  Docket No. 44.  No reply was filed.  *See* Docket.

Since these motions were filed, the parties have informed the Court that they are engaged in active negotiations that, if successful, would resolve the case.  *See* Docket No. 46.

Accordingly, Defendant's motion to continue motion deadlines, calendar call and trial date, and his motion to designate the instant case as complex, Docket Nos. 41 and 43, are **DENIED** without prejudice.  In the event the negotiations are unsuccessful, Defendant may refile his motions.

IT IS SO ORDERED.

DATED: December 16, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge