# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00232-GMN-NJK |
| ) | |
| vs. ) | ORDER GRANTING MOTION TO |
| ) | MODIFY CONDITIONS |
| FREDERICK JOHN RIZZOLO, ) | |
| ) | (Docket No. 93) |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant's motion to modify conditions of pretrial release. Docket No. 93. Defendant asks this Court to modify his current condition of pretrial release that prohibits him from obtaining new bank accounts or lines of credit to, instead, read: "The defendant shall not obtain new bank accounts or lines of credit, unless first approved by the United States Pretrial Services Officer." *Id*. at 1. *See also* Docket No. 9 at 6. Defendant submits that his Pretrial Services Officer has no objection to this proposed modification. Docket No. 93 at 1. The Court ordered the United States to respond to Defendant's motion no later than January 13, 2017. Docket No. 94. No response, however, has been filed. *See* Docket. The motion can therefore be granted as unopposed. LCR 47-2.

. . . .

. . . .

. . . .

. . . .

Accordingly,

Defendant's motion to modify conditions of pretrial release, Docket No. 93, is hereby **GRANTED**.  The condition that currently prohibits Defendant from obtaining new bank accounts or lines of credit is modified to read: "The defendant shall not obtain new bank accounts or lines of credit, unless first approved by the United States Pretrial Services Officer."

IT IS SO ORDERED.

DATED: January 18, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge