# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00232-GMN-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| FREDERICK JOHN RIZZOLO, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's motion to dismiss, filed on November 25, 2015. Docket No. 45. Since the motion was filed, the United States and Defendant have submitted numerous stipulations to extend the deadline for the response and reply to the motion, each time submitting that the parties were attempting to negotiate the resolution of the case, which would obviate the need for the resolution of the motion to dismiss. *See*, *e.g.*, Docket Nos. 53, 57, 59, 64, 73, 79, 85, 98.

Most recently, the Court granted in part the parties' ninth stipulation to extend the time for Defendant to file his reply, until May 1, 2017. Docket No. 101. *See also* Docket No. 100. Nonetheless, Defendant failed to file a reply to the motion to dismiss on May 1, 2017. *See* Docket. Chief Judge Navarro has set a firm trial date in this matter for July 10, 2017. Docket No. 97 at 5. The Court cannot discern from the current filings whether the parties have negotiated the resolution of the case or whether they intend to proceed to trial in July.

. . . .

. . . .

Accordingly, no later than May 3, 2017, the parties shall file a notice on the docket as to whether they have successfully negotiated the resolution of the instant case, or whether they intend to proceed with the motion to dismiss.

IT IS SO ORDERED.

DATED: May 2, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge