# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00232-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 45) |
| FREDERICK JOHN RIZZOLO, | |
| Defendant(s). | |

In light of Defendant's change of plea, the pending motion to dismiss is DENIED as moot. Docket No. 45. No further response is required with respect to the order at Docket No. 102.

IT IS SO ORDERED

Dated: May 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge